# Third District Court of Appeal

## State of Florida

Opinion filed April 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1840
Lower Tribunal Nos. F81-27860C & F82-1408

_____

**Vincent Philpot,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Vincent Philpot, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See State v. Spencer, 751 So. 2d 47 (Fla. 1999); Philpot v.

State, 183 So. 3d 410 (Fla. 3d DCA 2014); Philpot v. State, 120 So. 3d 1274 (Fla. 3d DCA 2013); Philpot v. State, 668 So. 2d 243 (Fla. 3d DCA 1996) (citing Dolan v. State, 469 So. 2d 142 (Fla. 3d DCA 1985)).